# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/7/2021__

**MEMO ENDORSED**

December 6, 2021

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    *U.S. v. Domingo Valle*
                  *21 CR. 666 (ER)*

Dear Judge Ramos:

      I represent, Domingo Valle, in the above-referenced matter. On October 5, 2021, Mr. Valle was released on his own recognizance with travel limited to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request a modification of Mr. Valle's bond conditions to allow him to travel to North Carolina to stay with his daughter for the holidays. Specifically, Mr. Valle will be driving to Clayton, North Carolina on December 20, 2021, and will be staying with his daughter at 62 Gristmill Circle, Clayton, North Carolina until January 4, 2022. He will then be flying back to New York. Neither the Government nor Pretrial Services object to this request. Accordingly, it is respectfully requested that Mr. Valle's bond conditions be modified to include travel to North Carolina from December 20, 2021, through January 4, 2022.

      The Court's time and attention to this matter is greatly appreciated.

                                          Respectfully submitted,

                                        /s/

                                        Margaret M. Shalley

cc:    AUSA Rebecca Dell
        USPSO Francesca Piperato
        (*via email*)

                                        SO ORDERED.

                                        _____
                                        Edgardo Ramos, U.S.D.J
1                                      Dated: __12/7/2021__
                                        New York, New York