# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 2/24/2022

February 21, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Domingo Valle*
    21 CR. 666 (ER)

Dear Judge Ramos:

    I represent, Domingo Valle, in the above-referenced matter. A conference is currently scheduled for February 24, 2022. The purpose of this letter is to respectfully request a 60-day adjournment of the conference. Counsel is still in the process of reviewing the discovery and an additional 60-days will allow for counsel to sufficiently review the discovery and continue to meet with the defendant. This is the first request for an adjournment of the conference and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to the week of April 25, 2022, or a date that is convenient to the Court. Additionally, the defense consents to the exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled so that the parties can discuss a possible disposition.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Rebecca Dell
    (*via ECF*)

---

The pretrial conference is adjourned to April 28, 2022 at 3:30 p.m. Speedy trial time is excluded from February 24, 2022 until April 28, 2022, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 2/22/2022
New York, New York

1