# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_4/1/2022\_\_

**MEMO ENDORSED**

March 31, 2022

**VIA ECF & EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                                  Re:    *U.S. v. Domingo Valle*
                                           **21 CR. 666 (ER)**

Dear Judge Ramos:

      I represent, Domingo Valle, in the above-referenced matter. On October 5, 2021, Mr. Valle was released on his own recognizance with travel limited to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request a modification of Mr. Valle's bond conditions to allow him to travel to North Carolina to visit family and for a potential job opportunity. Specifically, Mr. Valle will be flying to North Carolina on April 2, 2022, and will be returning to New York on April 11, 2022. Pretrial Services has no objection to this request and Mr. Valle will provide his travel itinerary to his Pretrial Officer. The Government defers to Pretrial. Accordingly, it is respectfully requested that Mr. Valle's bond conditions be modified to include travel to North Carolina from April 2, 2022, through April 11, 2022.

      The Court's time and attention to this matter is greatly appreciated.

                                           Respectfully submitted,

                                           /s/

                                         Margaret M. Shalley

cc:    AUSA Rebecca Dell
       USPSO Francesca Piperato
       (*via email*)

---

The application is  X   granted
                         \_\_\_\_ denied

_____
Edgardo Ramos, U.S.D.J
Dated: \_\_4/1/2022_____
New York, New York

1