# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  4/6/2022

**MEMO ENDORSED**

April 5, 2022

**VIA ECF & EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *U.S. v. Domingo Valle*
     **21 CR. 666 (ER)**

Dear Judge Ramos:

I represent, Domingo Valle, in the above-referenced matter. On October 5, 2021, Mr. Valle was released on his own recognizance with travel limited to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request a modification of Mr. Valle's bond conditions to allow him to travel to North Carolina to visit family and for a potential job opportunity. Specifically, Mr. Valle will be flying to North Carolina on April 9, 2022, and will be returning to New York on April 16, 2022. Mr. Valle was approved for this travel from April 2, 2022, through April 11, 2022; however, the flights were too expensive and Mr. Valle did not travel. Neither the Government nor Pretrial Services objects to this request and Mr. Valle will provide his travel itinerary to his Pretrial Officer. Accordingly, it is respectfully requested that Mr. Valle's bond conditions be modified to include travel to North Carolina from April 9, 2022, through April 16, 2022.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:  AUSA Rebecca Dell
     USPSO Francesca Piperato
     (*via email*)

---

The application is  **X**   granted
                  _____ denied

_____
Edgardo Ramos, U.S.D.J
Dated:  4/6/2022
New York, New York