# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/17/2022__

May 11, 2022

**VIA ECF & EMAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Mr. Valle's bail conditions are modified to allow him to move to North Carolina for employment purposes.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/17/2022__
> New York, New York

Re:   *U.S. v. Domingo Valle*
      **21 CR. 666 (ER)**

Dear Judge Ramos:

**MEMO ENDORSED**

      I represent, Domingo Valle, in the above-referenced matter.  On October 5, 2021, Mr. Valle was released on his own recognizance with travel limited to the Southern and Eastern Districts of New York.  The purpose of this letter is to respectfully request a modification of Mr. Valle's bond conditions to allow him to move to North Carolina for employment purposes.  Attached as Exhibit A is an employment letter from Fred Smith Company, a construction company located in North Carolina, verifying Mr. Valle's guaranteed employment upon his arrival in North Carolina.  Mr. Valle will reside with his daughter in Clayton, North Carolina and will begin employment as a laborer with the company.   Neither the Government nor Pretrial Services objects to this request.  Accordingly, it is respectfully requested that Mr. Valle's bond conditions be modified to allow him to move to North Carolina.

      The Court's time and consideration of this matter are greatly appreciated.

                        Respectfully submitted,

                        /s/

                        Margaret M. Shalley

cc:   AUSA Rebecca Dell
      USPSO Francesca Piperato
      (*via email*)