# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

June 16, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *U.S. v. Domingo Valle*
      21 CR. 666 (ER)

Dear Judge Ramos:

      I represent, Domingo Valle, in the above-referenced matter. A conference is currently scheduled for June 24, 2022. The purpose of this letter is to respectfully request a 90-day adjournment of the conference. Counsel is still in the process of reviewing the discovery and the parties are currently engaged in plea negotiations and an additional 90-days will allow for counsel to sufficiently review the discovery and continue to discuss a pre-trial resolution with the Government. This is the third request for an adjournment of the conference and the first two requests were granted. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to the week of September 26, 2022, or a date that is convenient to the Court. Additionally, the defense consents to the exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled so that the parties can continue to engage in plea negotiations.

      The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:   AUSA Rebecca Dell
      (*via ECF*)

---

The status conference is adjourned to September 28, 2022 at 10 a.m. Speedy trial time is excluded from June 24, 2022 until September 28, 2022, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  6/17/2022
New York, New York