UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| | : | 21 CR. 666 (ER) |
| -v.- | : | |
| DOMINGO VALLE, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------ X

    IT IS HEREBY ORDERED, that the sentencing currently scheduled for January 6, 2023, is adjourned to March 3, 2023 at 10 a.m.

Dated: New York, New York
      December 20, 2022

_____
Honorable Edgardo Ramos
United States District Judge
Southern District of New York