UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| | : | 21 CR. 666 (ER) |
| -v.- | : | |
| DOMINGO VALLE, | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------ X

IT IS HEREBY ORDERED, that the sentencing currently scheduled for March 3, 2023, is adjourned to June 16, 2023 at 11 a.m.

The Clerk of the Court is respectfully directed to terminate the motions, docs. 29 and 31.

Dated:   New York, New York
         February 16, 2023

_____
Honorable Edgardo Ramos
United States District Judge
Southern District of New York