# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 31, 2023

<u>VIA ECF</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *U.S. v. Domingo Valle*
21 CR. 666 (ER)

Dear Judge Ramos:

    I represent, Domingo Valle, in the above-referenced matter. Sentencing is currently scheduled for June 16, 2023. The purpose of this letter is to respectfully request a 30-day adjournment of the sentencing. Mr. Valle is scheduled for a medical procedure in June and needs additional time to recover before travelling to New York for sentencing. Additionally, counsel is still in the process of receiving letters from Mr. Valle's family and friends, which are to be included in his sentencing submission. An adjournment of 30-days will provide sufficient time for Mr. Valle to recover and for counsel to receive the letters and review the submission with Mr. Valle prior to sentencing. This is the third request for an adjournment of the sentencing. The first two requests were granted and the Government does not object to this request. Counsel has spoken with the Government and both parties are available on July 17th, 18th, 20th, or the afternoon of the 21st. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 30 days. A Proposed Revised Scheduling Order is attached for the Court's review. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Rebecca Dell
(*via ECF*)

---

Sentencing is adjourned to July 18, 2023 at 11 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 5/31/2023
New York, New York

1